# WIRTZ, SECRETARY OF LABOR v. LOCAL UNIONS NOS. 9, 9-A, & 9-B, INTERNATIONAL UNION OF OPERATING ENGINEERS.

No. 1116. Decided May 15, 1967.

*Solicitor General Marshall, Assistant Attorney General Sanders, Nathan Lewin, Alan S. Rosenthal, Robert C. McDiarmid, Charles Donahue, Edward D. Friedman* and *James R. Beaird* for petitioner.

*J. Albert Woll* for respondents.

PER CURIAM.

Upon the joint suggestion of the parties and an independent examination of the case, the petition for a writ of certiorari is granted, the judgments are vacated and the case is remanded with directions to dismiss the complaint as moot.